IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:24-MJ-152 |
| | ) | |
| MAURICE J. SMITH, | ) | Court Date: April 22, 2024 |
| | ) | |
| Defendant. | ) | |

CRIMINAL INFORMATION

Count I (Class A Misdemeanor – 6677715)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about February 21, 2024, at Marine Corps Base Quantico, Virginia within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, MAURICE J. SMITH, drove and operated a motor vehicle while his driver's license was suspended and revoked.

(In violation of Title 18, United States Code, Section 13, assimilating Virginia Code, Section 46.2-301.)

Respectfully submitted,

Jessica D. Aber
United States Attorney

By: _____/s/_____
Vincent Salem
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: 703-299-3902
Fax: 703-299-3980
Email: vincent.salem@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I certify that on April 12, 2024, I filed the foregoing document with the Clerk of Court using the CM/ECF system, which will cause a true and accurate copy of this document to be transmitted to counsel of record.

By: _____/s/_____
Vincent Salem
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: 703-299-3902
Fax: 703-299-3980
Email: vincent.salem@usdoj.gov